**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| In Re:                     * | |
| LEONARD C. TURNER, SR. | Case No.: 19-22428 |
| ANGELA M. TURNER,      * | |
|       Debtor. | Chapter 13 |

LEONARD C. TURNER, SR.               *

In Re:                                                          *
LEONARD C. TURNER, SR.                    Case No.: 19-22428
ANGELA M. TURNER,                              *
      Debtor.                                     Chapter 13
_____
                             *
CARRINGTON MORTGAGE SERVICES AS
SERVICER FOR WILMINGTON SAVINGS      *
FUND SOCIETY, FSB, AS TRUSTEE OF
STANWICH MORTGAGE LOAN TRUST F,   *
               Movant,
v.                                                                  *

LEONARD C. TURNER, SR.                        *
ANGELA M. TURNER,
             Debtor                               *
AND
REBECCA A. HERR,
            Trustee,
            Respondents.

## <u>NOTICE OF TERMINATION OF AUTOMATIC STAY OF SECTION 362 (a)</u>

COMES NOW Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F (hereinafter referred to as "Wilmington Savings"), and respectfully provides notice unto the Court as follows:

1.     On February 26, 2024 this Court entered an order where the Debtor was to resume making direct payments beginning in March 1, 2024.

2.     As of July 12, 2024, the Debtor has failed to cure the default as described in the Notice of Default filed on June 13, 2024.

3.     Pursuant to the terms of the Court's order entered February 26, 2024 the automatic stay in this case has terminated as to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F.

<u>/s/ Daniel A. Ross</u>
Daniel A. Ross, Esq.
Hill Wallack, LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543-5226
Attorney for Movant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Termination of Automatic Stay was mailed first class, postage paid, this the 15th day of July 2024 to:

Angela M. Turner                    Leonard C. Turner, Sr.
122 Haile Ave.                      122 Haile Ave.
Brooklyn, MD 21225                  Brooklyn, MD 21225
*Debtor*                            *Debtor*

I HEREBY CERTIFY that a copy of the Termination of Automatic Stay was uploaded through the Court's ECF System at the e-mail address registered with the Court on, this the 15th day of July 2024 to:

Rebecca A. Herr
Email: ecf@ch13md.com
*Chapter 13 Trustee*

Eric S. Steiner
Email: info@steinerlawgroup.com
*Attorney for the Debtor*

Dated: July 15, 2024

/s/ Daniel A. Ross
Daniel A. Ross, Esq.
Hill Wallack, LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543-5226
**Attorney for Movant**