---
CUSTOMER INFORMATION                                          CONTRACT INFORMATION
---

ACCT#  . .      ▓▓▓▓▓▓▓▓▓▓▓                     COLLATERAL. . . . . . .   2019 NISSAN ALTIMA

NAME . . .   LEONARD C TURNER SR                 FINANCED AMOUNT . . . .        24,997.94
             ANGELA M TURNER                     CONTRACT AMOUNT . . . .        24,997.94
             122 HAILE AVE                       CONTRACT DATE . . . . .          5/22/23
             BROOKLYN, MD 21225                  MATURITY DATE . . . . .          5/21/29
                                                 NEXT DUE DATE . . . . .          5/21/24

---

| POSTING DATE | TRAN DATE | INTEREST PAID | PRINCIPAL PAID | FEES ASSESSED | FEES PAID | TOTAL AMT PAID | PRINCIPAL BALANCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6/21/23  | 6/21/23  | 283.53 | 229.47 | .00    | .00    | 513.00   | 24,768.47 | Regular Payment |
| 9/08/23  | 9/08/23  | 200.00 |    .00 | .00    | .00    | 200.00   | 24,768.47 | Regular Payment |
| 9/13/23  | 9/13/23  | 313.00 |    .00 | .00    | .00    | 313.00   | 24,768.47 | Regular Payment |
| 11/21/23 | 11/21/23 | 919.77 | 616.38 | .00    | .00    | 1,536.15 | 24,152.09 | Regular Payment |
| 11/28/23 | 11/28/23 |  63.92 | 448.51 | .00    | .00    | 512.43   | 23,703.58 | Regular Payment |
| 12/08/23 | 12/08/23 |    .00 |    .00 | 538.00 | .00    |          | 23,703.58 | Legal Fee |
| 12/21/23 | 12/21/23 | 206.13 | 306.30 | .00    | 179.57 | 692.00   | 23,397.28 | Regular Payment |
| 1/22/24  | 1/22/24  | 283.07 | 229.36 | .00    | 179.57 | 692.00   | 23,167.92 | Regular Payment |
| 2/16/24  | 2/16/24  | 218.99 | 294.15 | .00    | 178.86 | 692.00   | 22,873.77 | Regular Payment |
| 5/20/24  | 5/20/24  | 513.00 |    .00 | .00    | .00    | 513.00   | 22,873.77 | Regular Payment |
| 6/14/24  | 6/14/24  | 513.00 |    .00 | .00    | .00    | 513.00   | 22,873.77 | Regular Payment |

|  | | TOTAL INTEREST PAID | TOTAL PRINCIPAL PAID | TOTAL FEES ASSESSED | TOTAL FEES PAID | TOTAL AMT PAID | | |
|---|---|---|---|---|---|---|---|---|
|  | | 3,514.41 | 2,124.17 | 538.00 | 538.00 | 6,176.58 | | |